■ In the Matter of DEBRA K. BEACH, Respondent, v LOUIS J. JACKSON, Appellant. [864 NYS2d 378]—Appeal from an order of the Family Court, Chautauqua County (Judith S. Claire, J.), entered September 13, 2006 in a proceeding pursuant to Family Court Act article 4. The order, among other things, awarded petitioner sole custody of her grandchild.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Hurlbutt, J.P., Smith, Centra, Green and Pine, JJ.